

Representing Management Exclusively in Workplace Law and Related Litigation

**Jackson Lewis P.C.**
**677 Broadway, 9th Floor**
**Albany NY 12207**
**Tel 518 512-8700**
**Fax 518 242–7730**
**www.jacksonlewis.com**

| ALBANY, NY | GREENVILLE, SC | MINNEAPOLIS, MN | PROVIDENCE, RI |
|---|---|---|---|
| ALBUQUERQUE, NM | HARTFORD, CT | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ATLANTA, GA | HONOLULU, HI* | MORRISTOWN, NJ | RAPID CITY, SD |
| AUSTIN, TX | HOUSTON, TX | NEW ORLEANS, LA | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NEW YORK, NY | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | NORFOLK, VA | SALT LAKE CITY, UT |
| BOSTON, MA | KANSAS CITY REGION | OMAHA, NE | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SAN JUAN, PR |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| DALLAS, TX | MADISON, WI | PHOENIX, AZ | ST. LOUIS, MO |
| DAYTON, OH | MEMPHIS, TN | PITTSBURGH, PA | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTLAND, OR | WASHINGTON DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 518-512-8705
MY EMAIL ADDRESS IS: CLEMENTE.PARENTE@JACKSONLEWIS.COM

May 1, 2019

Hon. Daniel J. Stewart
James T. Foley US Courthouse
445 Broadway, 4th Floor, Rm 409
Albany, New York 12207

        Re:    J&J Sports Production v. Robert Taaffee, et al.
               Civil Case No.: 1:18-cv-0491

Dear Hon. Daniel J. Stewart:

      As you know, I represent Defendants in the above matter. I am in receipt of Plaintiff's recent letter requesting a pre-motion conference with respect to Defendants' alleged failure to comply with discovery demands. I am writing to inform the Court that I am out of the country until May 8, 2019, and respectively request that I be permitted to respond to Plaintiff's letter request at that time, and/or that the Court not schedule a conference before May 10, 2019.

                                 Respectfully yours,
                                 JACKSON LEWIS P.C.


                                 /s/Clemente J. Parente
                                 Clemente J. Parente

CJP/mg

Hon. Daniel J. Stewart
May 1, 2019
Page 2