THE LAW OFFICES OF
# M.L. ZAGER, P.C.

| | |
|---|---|
| **461 Broadway - P.O. Box 948** | **JACOB R. BILLIG, ESQ. (NY)** |
| **Monticello, New York 12701** | **ROBERT B. HUNTER, ESQ. (NY)** |
| **(845) 794-3660; (845) 794-3919 (fax)** | **JOSEPH LOUGHLIN, ESQ. (NY)** |
| | **MICHAEL D. BAER, ESQ. (NY, NJ)** |
| | **MICHAEL L. ZAGER, ESQ. (RETIRED)** |

August 23, 2019

Clerk,
Hon. Daniel J. Stewart
James T. Foley US Courthouse
445 Broadway
4th Floor, Rm 409
Albany NY 12207

                    Re: J&J Sports Productions v Robert J Taaffe, et al
                    Our File #2217158
                    Case # 1:18-cv-0491(TJM/DJS)

Dear Sir/Madam:

The signatories are respectively counsel to J&J Sports Productions, Inc., Plaintiff and Robert J. Taaffe and Bobby T's Sport Grill, Inc., defendants, with respect to the above referenced matter.

This letter is submitted in compliance with the Court's Order directing the parties to advise of the status of settlement by today's date. Counsel for the parties have had additional settlement discussions. Unfortunately, at this date and time, settlement has not been obtained.

Respectfully submitted.

                    Very truly yours,
                    M.L. ZAGER, P.C.
                    s/

                    Robert B. Hunter, Esq.

_s/_____
Clemente J. Parente, Esq.

RH/jm